IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00184–RM–KMT

OBERMEYER HYDRO ACCESSORIES, INC., d/b/a OBERMEYER HYDRO, INC., a Delaware corporation,

    Plaintiff,

v.

CSI CALENDERING, INC., d/b/a CSI CALENDERING SPECIALISTS, INC., a North Dakota corporation,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Uncontested Motion for Protective Order" (Doc. No. 31, filed June 13, 2014) is GRANTED in part. The proposed Stipulated Protective Order will be entered with the following modification.

The third sentence of Paragraph 5(a) of the proposed Protective Order provides that "[t]he party filing any Confidential Document (the "Filing Party") shall be responsible for filing a concurrent Motion to Restrict Public Access in accordance with D.C.COLO.LCivR 7.2(c) <u>citing as grounds for the restriction the existence of this Protective Order</u>." (Doc. No. 31-1, ¶ 5(a), emphasis added.) D.C.COLO.LCivR 7.2(c)(2) explicitly provides that "stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction." Instead a party seeking restriction must fully address the factors outlined in Local Rule 7.2.

Accordingly, the underlined language quoted above is not acceptable and will be removed from the Protective Order entered by the court. The Clerk of Court is directed to modify and enter the proposed Protective Order accordingly.

Dated: June 16, 2014.