IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-00184-RM-KMT | Date: | September 3, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                       *Counsel:*

OBERMEYER HYDRO ACCESSORIES, INC., d/b/a          Daniel Gross
OBERMEYER HYDRO, INC., a Delaware corporation,

    Plaintiff,

v.

CSI CALENDERING, INC., d/b/a CSI CALENDERING          Reid Page
SPECIALISTS, INC., a North Dakota corporation,

    Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:59 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**: Unopposed Motion to Extend Deadlines for Joinder of Parties and Amendment of Pleadings and to Set Matter for Scheduling Conference [35] is GRANTED. The following deadlines are set as follows:
- **Joinder of Parties and Amendment of Pleadings:  September 18, 2014**
- **Discovery Cut off:  February 18, 2015**
- **Dispositive Motions:  March 18, 2015**
- **Disclosure of Affirmative Experts:  December 18, 2014**
- **Disclosure of Rebuttal Experts:  January 19, 2015**
- **Deadline for Written Discovery:  33 days prior to discovery cut off.**

The motion to dismiss fifth claim for relief is still pending before the District Court. Counsel discuss proposed dates for further case scheduling.

**11:09 a.m.    Court in recess.**       Hearing concluded.
Total in-court time    00:10
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.