**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00184-RM-KMT

OBERMEYER HYDRO ACCESSORIES, INC. d/b/a
OBERMEYER HYDRO, INC.,

    Plaintiff,

v.

CSI CALENDERING, INC. d/b/a/ CSI CALENDERING
SPECIALISTS, INC., a North Dakota corporation,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS THE THIRD CLAIM FOR RELIEF OF DEFENDANT'S COUNTERCLAIM**

---

This matter is before the Court on the Stipulated Motion to Dismiss Count Three [Docket No. 43] of Defendant's Counterclaim. Pursuant to Federal Rule of Civil Procedure 41(a), the Stipulated Motion, filed November 18, 2014, **IS HEREBY GRANTED and COUNT THREE OF DEFENDANT'S COUNTERCLAIM IS HEREBY DISMISSED WITHOUT PREJUDICE.**

DATED this 18th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge