**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00184-RM-KMT

OBERMEYER HYDRO ACCESSORIES, INC. d/b/a OBERMEYER HYDRO, INC., a Delaware corporation

    Plaintiff,

v.

CSI CALENDERING, INC. d/b/a CSI CALENDERING SPECIALISTS, INC., a North Dakota corporation

    Defendant.

---

## ORDER

---

In the Joint Status Report on Damages filed by the parties on February 3, 2016, the parties agreed that CSI is entitled to $638,352.11 under its claim for breach of contract and further offered that they anticipated advising the Court no later than February 9, 2016 on the status of the parties' discussions with respect to the remaining issues relating to damages, including the assessment and calculation of interest, costs and fees. (ECF No. 99.) To date, neither party has filed any additional status report or other document informing the Court on the status of these issues. In light of the foregoing, it is ORDERED that the parties are to file a joint status report on the remaining issues mentioned above by no later than March 1, 2016.

Also, in light of the Court's Minute Order of February 5, 2016, vacating the jury trial set in this matter for February 29, 2016, it is further ORDERED that the Plaintiff's Motion to

Exclude Expert Testimony of Jeff Leach (ECF No. 50), Plaintiff's Motion in Limine (ECF No. 92), and Defendant's Motion in Limine (ECF No. 93) are all DISMISSED without prejudice.

DATED this 23rd day of February, 2016.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge