**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00184-RM-KMT

OBERMEYER HYDRO ACCESSORIES, INC. d/b/a OBERMEYER HYDRO, INC.,

    Plaintiff,

v.

CSI CALENDERING, INC. d/b/a CSI CALENDERING
SPECIALISTS, INC.

    Defendant.

_____

**ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT AND FOR
APPROVAL OF BOND**
_____

The Court, having reviewed Plaintiff Obermeyer Hydro Accessories, Inc. d/b/a Obermeyer Hydro, Inc.'s Motion to Stay Execution of Judgment and for Approval of Bond (ECF No. 112) and the Supersedeas Bond attached thereto (ECF No. 112-1), and being fully advised, **ORDERS** as follows:

    1.    Plaintiff Obermeyer Hydro Accessories, Inc. d/b/a Obermeyer Hydro, Inc.'s Motion to Stay Execution of Judgment and for Approval of Bond (ECF No. 112) is **GRANTED**;

    2.    The Court **APPROVES** the Supersedeas Bond (ECF No. 112-1);

    3.    Pursuant to Fed.R.Civ.P. 62(d), execution on the Final Judgment, entered on March 9, 2016 (ECF No. 108), is **STAYED** pending resolution of Plaintiff Obermeyer Hydro Accessories, Inc.'s, d/b/a Obermeyer Hydro, Inc., appeal; and

4.  Plaintiff Obermeyer Hydro Accessories, Inc.'s counsel of record, Berg Hill Greenleaf & Ruscitti LLP, shall safeguard the original Supersedeas Bond at its office located at 1712 Pearl Street, Boulder, Colorado 80302.

DATED this 1st day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge